NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Appellee,*

v.

LOURIE MCLAIN, *Appellant.*

No. 1 CA-CR 18-0300
FILED 3-28-2019

Appeal from the Superior Court in Maricopa County
No.  CR2016-006018-001
The Honorable Michael D. Gordon, Judge

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Joseph T. Maziarz
*Counsel for Appellee*

Bain & Lauritano, Glendale
By Sheri M. Lauritano
*Counsel for Appellant*

## MEMORANDUM DECISION

Judge David D. Weinzweig delivered the decision of the Court, in which Presiding Judge Kenton D. Jones and Vice Chief Judge Peter B. Swann joined.

W E I N Z W E I G, Judge:

¶1        Lourie McLain appeals her convictions and sentences for two counts of theft of means of transportation, a class 3 felony, and one count of forgery, a class 4 felony.  After searching the record and finding no arguable, non-frivolous question of law, McLain's counsel filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *State v. Leon*, 104 Ariz. 297 (1969), asking this court to search the record for fundamental error.  McLain had the opportunity to file a supplemental brief but did not.  After reviewing the record, we affirm McLain's convictions and sentences.

### FACTS AND PROCEDURAL BACKGROUND

¶2        McLain had two vehicles towed to her residence in late 2015: a 2010 BMW and a 2003 Nissan Altima.  Neither belonged to her, and the owners had never met nor authorized her to move or possess their vehicles.  The owners reported their cars stolen.  Meanwhile, McLain tried to obtain title to the Nissan by filing an abandoned vehicle report with the Arizona Department of Transportation.[1]  She avowed the vehicle had been abandoned and provided the name and address of an individual who ostensibly authorized the removal of the car from his property.  An investigation later revealed that McLain provided false information on the report, including a "bogus address," and police could not locate the individual who purportedly authorized removal of the vehicles.

¶3        The State charged McLain with two counts of theft of means of transportation, a class 3 felony, and one count of forgery, a class 4 felony.  After a three-day trial, the jury found McLain guilty as charged.  The court suspended imposition of sentence and placed McLain on three years of supervised probation.

---

[1]        McLain intended to also file an abandoned vehicle report for the BMW but "medical issues" intervened.

¶4         McLain timely appealed.  We have jurisdiction pursuant to Article 6, Section 9 of the Arizona Constitution, and A.R.S. §§ 12-120.21(A)(1), 13-4031 and 13-4033(A)(1).

## DISCUSSION

¶5         We have read and considered counsel's brief and have reviewed the record for reversible error.  *See Leon*, 104 Ariz. at 300.  We find none.  McLain was present and represented by counsel at all stages of the proceedings against her, except when counsel waived her presence.  The record reflects the superior court afforded McLain all her constitutional and statutory rights, and the proceedings were conducted in accordance with the Arizona Rules of Criminal Procedure.  The court conducted appropriate pretrial hearings, and the evidence presented at trial and summarized above was sufficient to support the jury's verdicts.  McLain's sentence falls within the lawful range.

## CONCLUSION

¶6         McLain's convictions and sentence are affirmed.  Counsel's obligations in this appeal will end upon informing McLain of the outcome and her future options, unless counsel finds an issue appropriate for submission to the Arizona Supreme Court by petition for review.  *State v. Shattuck*, 140 Ariz. 582, 584-85 (1984).  On the court's own motion, McLain has 30 days from the date of this decision to proceed with a *pro se* motion for reconsideration or petition for review.



AMY M. WOOD • Clerk of the Court
FILED:  AA

3